META JANNER, petitioner-respondent,

*v.*

EMIL A. JANNER, defendant-appellant.

[Decided April 28th, 1933.]

*Mr. John D. Masterton,* for the appellant.

*Mr. Henry Marelli,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion delivered by Advisory Master Moore in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.